AO450 (Rev. 5/85)  Judgement in a Civil Case

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF OKLAHOMA

Arthur Cota

V.

Oklahoma/USA Esq.,

**JUDGMENT IN A CIVIL CASE**

Case Number: CIV-07-364-RAW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issued have been tried and the jury rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This action is DISMISSED in its entirety, petitioner's petition for writ of habeas corpus is DENIED.

| | |
|---|---|
| 11/6/07 | WILLIAM B. GUTHRIE |
| Date | Clerk |
| | s/ A Green |
| | (By) Deputy Clerk |