IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

ARTHUR COTA, )
)
      Petitioner, )
)
v. ) No. CIV 07-364-RAW
)
OKLAHOMA/USA, Esq., )
)
      Respondent. )

## OPINION AND ORDER
## DENYING CERTIFICATE OF APPEALABILITY

Petitioner has filed a notice of intent to appeal the court's order entered November 6, 2007, denying his petition for a writ of habeas corpus. After a careful review of the record, the court concludes petitioner has not shown "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether [this] court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). *See also* 28 U.S.C. § 2253(c).

Accordingly, petitioner is denied a certificate of appealability.

**IT IS SO ORDERED** this 30 day of January 2008.

                                                     **RONALD A. WHITE**
                                                     **UNITED STATES DISTRICT JUDGE**